Tyrone B. MUHAMMAD,
Plaintiff-Appellant,

v.

Virdilia C. MCGHEE; Direct General
Auto Ins. Co., Defendants-
Appellees.

No. 16-1521

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Tyrone Muhammad, Appellant Pro Se.

Before GREGORY, Chief Judge, and
MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone B. Muhammad appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. McGhee, No. 3:16-cv-00071-JAG (E.D. Va. Feb, 4, Mar. 1, Mar. 30, Apr. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

AFFIRMED